THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEIF MUNSON,<br><br>               Plaintiff,<br><br>   v.<br><br>COMPASS AIRLINES, LLC, *et al.*,<br><br>               Defendants. | CASE NO. C18-0415-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's Application for Court-Appointed Counsel. (Dkt. No. 2.) Upon reviewing Plaintiff's Complaint and EEOC materials, the Court concludes that it is appropriate to forward Plaintiff's case for further screening by the Federal Bar Association's Pro Bono Panel. *See* General Order 10 - 05, August 1, 2010, Section 3(c) (In re Amended Plan for the Representation of Pro Se Litigants in Civil Rights Actions). The Court DIRECTS the Clerk to forward the necessary materials, including Plaintiff's application for appointment of counsel, his complaint and his EEOC materials attached to the complaint (Dkt. Nos. 1, 2) to the Screening Committee for the Pro Bono Panel. The Clerk is further DIRECTED to note Plaintiff's Application for Court-Appointed Counsel (Dkt. No. 2) for May 11, 2018.

//

DATED this 9th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER, C18-0415-JCC
PAGE - 2