UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEIF MUNSON,<br><br>                Plaintiff,<br><br>     v.<br><br>COMPASS AIRLINES, INC., *et al.*,<br><br>                Defendants. | CASE NO. C18-0415-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Leif Munson's application for court-appointed counsel. (Dkt. No. 2.) The Court referred Plaintiff's request to the Pro Bono Screening Committee. (Dkt. No. 4.) The Committee recommends appointing counsel. Accordingly, Plaintiff's request (Dkt. No. 2) is GRANTED. The Pro Bono Coordinator is DIRECTED to identify pro bono counsel for appointment. The Clerk is DIRECTED to send a copy of this order to Plaintiff and the Pro Bono Screening Coordinator.

DATED this 14th day of May 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk