THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

LEIF MUNSON,                                    CASE NO. C18-0415-JCC

10
                                Plaintiff,       MINUTE ORDER

11            v.

12    COMPASS AIRLINES, INC., *et al.*,

13                                Defendants.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16    Coughenour, United States District Judge:

17        This matter comes before the Court on Plaintiff's motion for additional time in which to

18    effect service of process (Dkt. No. 8). Plaintiff seeks 40 additional days in which to effect service

19    on Defendants. (*Id.* at 1.) Plaintiff has shown good cause for an extension pursuant to Federal

20    Rule of Civil Procedure 4(m). (*See* Dkt. Nos. 8, 9.) Accordingly, the motion (Dkt. No. 8) is

21    GRANTED and the deadline for service of process is EXTENDED by 40 days.

22        DATED this 13th day of June 2018.

23                                                William M. McCool
24                                                Clerk of Court

25                                                s/Tomas Hernandez
                                                  Deputy Clerk
26